IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NORMA ROUSE**                                                                                          **PLAINTIFF**

v.                                      No. 3:15-cv-363-DPM

**AUTOZONE STORES LLC**                                                                  **DEFENDANT**

ORDER

This is a re-filed case. When the first suit came in, I recused because Mrs. Rouse's grandson was serving as one of my law clerks. Case No. 3:15-cv-186, № 6. He completed his clerkship, and left chambers, about two months ago. But my impartiality on the merits here could still reasonably be questioned. I therefore recuse again. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2015