**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NORMA ROUSE**                                                                                      **PLAINTIFF**

**v.**                           **Case No.  3:15-cv-00363 KGB**

**AUTOZONE STORES, LLC**                                                              **DEFENDANT**

## ORDER

Before the Court is defendant AutoZone Stores, LLC's ("AutoZone") motion to compel discovery responses of plaintiff (Dkt. No. 16).  After AutoZone filed its motion, plaintiff Norma Rouse filed notice with the Court that she filed answers to the interrogatories at issue (Dkt. No. 18).  Through informal communications with counsel, the Court has learned that AutoZone's motion is moot.  Therefore, the motion to compel is denied as moot (Dkt. No. 16).

So ordered this the 22nd day of April, 2016.

_____
Kristine G. Baker
United States District Judge