**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NORMA ROUSE**                                                                        **PLAINTIFF**

**v.**                                    **Case No.  3:15-cv-00363 KGB**

**AUTOZONE STORES, LLC**                                                  **DEFENDANT**

**ORDER**

Before the Court is the joint stipulation of dismissal with prejudice (Dkt. No. 32).  The

parties state that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), they have stipulated to

the dismissal with prejudice of this case.  Therefore, this case is hereby dismissed with prejudice.

The Court denies all pending motions as moot.

So ordered this 2nd day of August, 2016.


_Kristine G. Baker_
Kristine G. Baker
United States District Judge